U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 20 2018

James ~~~~~~, Clerk
By: ~~~~~~~~~~
    Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2018R00243)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | |
|---|---|
| **COUNTY NAME:** Fulton | **DISTRICT COURT NO.** 1:1CR-18-CR-80 UNDER SEAL |
| | **MAGISTRATE CASE NO.** |

| | | |
|---|---|---|
| X Indictment<br>DATE: March 20, 2018 | Information<br>DATE: | Magistrate's Complaint<br>DATE: |

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>vs.<br>ROBERTO NAJERA GUTIERREZ, A/K/A KUNFU PANDA, A/K/A CHENDO, A/K/A GORDO, A/K/A KUNG FU PANDA, A/K/A LA GALLINA | SUPERSEDING INDICTMENT<br>Prior Case Number:<br>Date Filed: |

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

**Is the defendant in custody?**  Yes  X No
**Will the defendant be arrested pending outcome of this proceeding?**  X Yes  No
**Is the defendant a fugitive?**  Yes  X No
**Has the defendant been released on bond?**  Yes  X No

**Will the defendant require an interpreter?** X Yes  No
**What language?** Spanish

District Judge:

Attorney: Katherine I. Terry
Defense Attorney: