**ORIGINAL**

AO 442 (12/85) Warrant for Arrest

10537209

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

USMS: 34651-512

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
| vs. | |
| ROBERTO NAJERA GUTIERREZ<br>a/k/a Kunfu Panda<br>a/k/a Chendo<br>a/k/a Gordo<br>a/k/a Kung Fu Panda<br>a/k/a La Gallina | CASE NO. 1:18-CR-80 — MHC-LRS-1<br>~~UNDER SEAL~~ |

MAR 23 '18 AM 9:00  USMS NGA

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ROBERTO NAJERA GUTIERREZ and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense):  Possession, manufacture, or distribution of controlled substance

in violation of **Title 21, United States Code, Section(s) 959**

JAMES N. HATTEN
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

March 22, 2018 at Atlanta, Georgia
Date and Location

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 21 2026

KEVIN P. WEIMER, Clerk
By: *[signature]* Deputy Clerk

Bail Fixed at $_____

By: _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

ATL Airport / cell block RBR

Date Received:  03-26-2018

Johnathan Boynton DUSM
Name and Title of Arresting Officer

Date of Arrest:  01-06-2020

Signature of Arresting Officer



AO 442 (12/85) Warrant for Arrest

10537209

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

ROBERTO NAJERA GUTIERREZ
a/k/a Kunfu Panda
a/k/a Chendo
a/k/a Gordo
a/k/a Kung Fu Panda
a/k/a La Gallina

**WARRANT FOR ARREST**

CASE NO. 1:18-CR-80
**UNDER SEAL**

MAR 23'18 PM 9 00 USMS NGA

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ROBERTO NAJERA GUTIERREZ and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense):   Possession, manufacture, or distribution of controlled substance
in violation of **Title 21, United States Code, Section(s) 959**

JAMES N. HATTEN
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

March 22, 2018 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

ATL Airport / cell block RBR

Date Received:  01/04/26

Date of Arrest:  01/04/26

Johnathan Boynton DUSM
Name and Title of Arresting Officer

_[signature]_
Signature of Arresting Officer